UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN LEE NEVINS,

           Plaintiff,

    - against -

HARVARD MAINTENANCE, INC.,

           Defendant.

22-cv-5870 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **June 13, 2023**. The parties should also provide an update on the status of this action by that date.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           May 23, 2023

                                          John G. Koeltl
                                 United States District Judge